## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYRA MATUTE, *et al*., | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 5:24-CV-00988-JLS |
| THOMAS E. STRAUSS, INC., *et al*., | |
| Defendants. | |

## O R D E R

**AND NOW**, this 29th day of July, 2026, upon consideration of the motion for summary judgment filed by Paul Risk Associates, Inc., ECF No. 222, and the lack of any opposition thereto, it is hereby ordered as follows:

(1)     the motion is **GRANTED**; and

(2)     the Clerk of Court is **DIRECTED** to **TERMINATE** Paul Risk Associates, Inc. from the docket.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**