**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MYRA MATUTE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THOMAS E. STRAUSS, INC., *et al.*,<br><br>*Defendants*. | CIVIL ACTION<br>5:24-cv-00988-JLS |

**O R D E R**

**AND NOW**, this 11th day of August, 2026, upon consideration of the Motion for Summary Judgment and Supplement filed by Third-Party Defendant Weaver Companies, Inc. ("Weaver"), ECF Nos. 223, 318, and all filings related thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** as follows:

(1) the Motion for Summary Judgment, ECF No. 223, is **DENIED**;

(2) the Supplemental Motion for Summary Judgment, ECF No. 318, is **DENIED**; and

(3) the Motion to Strike, ECF No. 265, is **DENIED** as moot.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**